IN THE UNITED STATES DISTRICT COURT
OF THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CATO INSTITUTE,<br>1000 Massachusetts Ave. NW<br>Washington, D.C. 20001<br><br>    **Plaintiff,**<br><br>        v.<br><br>NATIONAL ARCHIVES AND RECORDS<br>ADMINISTRATION,<br>8601 Adelphi Road, Room 5210<br>College Park, MD 20740-6001<br><br>    **Defendant.** | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## COMPLAINT

1. Plaintiff, CATO INSTITUTE, brings this Freedom of Information Act suit to force Defendant NATIONAL ARCHIVES AND RECORDS ADMINISTRATION ("NARA") to comply with Plaintiff's FOIA request for various records pertaining to the federal government's surveillance activities from the Reagan Administration. In violation of the Freedom of Information Act, Defendant has failed to issue a determination, has failed to provide an estimated completion date, and has failed to produce the records promptly.

## PARTIES

2. Plaintiff CATO INSTITUTE is a public policy research organization—a think tank—dedicated to the principles of individual liberty, limited government, free markets, and peace. Its scholars and analysts conduct independent, nonpartisan research on a wide range of policy issues.

3. Defendant NARA is a federal agency subject to the Freedom of Information Act, 5 U.S.C. § 552. NARA administers the Reagan Presidential Library. At all sections relevant in this complaint, NARA encompasses the Reagan Presidential Library, who received the original FOIA request.

## JURISDICTION AND VENUE

4. This case is brought under 5 U.S.C. § 552(a)(4)(B) and presents a federal question conferring jurisdiction on this Court. *See* 28 U.S.C. § 1331.

5. Venue is proper under 5 U.S.C. § 552(a)(4)(B).

## APRIL 22, 2020 FOIA REQUEST

6. On April 22, 2020, CATO INSTITUTE submitted a FOIA request to the Reagan Presidential Library, administered by NARA, for various records, including reports, memos, or other similar records regarding the federal government's surveillance activities for gathering intelligence, the Foreign Intelligence of Act of 1978, and the Attorney General's Guidelines for the Federal Bureau of Investigation. CATO INSTITUTE provided the titles and the specific record reference numbers of each document. Ex. 1.

7. On April 27, 2020, NARA assigned reference number 2020-041 to the matter. Ex. 2.

8. On April 4, 2022, NARA indicated that it "identified potentially responsive records" to the request. NARA stated that it assigned reference number 2020-041 for the non-classified portion of the request and 2020-049 for the classified portion of the request. Ex. 3.

9. On April 4, 2022, CATO INSTITUTE asked NARA for an estimated page count and an estimated date of the completion for the request. Ex. 4.

10. On April 4, 2022, NARA stated that "each folder" is about "50 pages." NARA also indicated that it is not able to provide an estimated date of completion as the staff at the Reagan Presidential Library "just returned to the office" and is "catching up on about 2 years worth of work." *Id.*

11. As of the date of this filing, NARA has failed to produce records responsive to the request. Nor has the NARA complied with the statutory requirement under 5 U.S.C. § 552(a)(7)(B)(ii) to furnish an estimated date of completion when requested.

## COUNT I – NARA'S FOIA VIOLATION:
## FAILURE TO ISSUE A DETERMINATION

12. The above paragraphs are incorporated herein.

13. The request seeks the disclosure of agency records and was properly made.

14. NARA, a federal agency, administers the Reagan Presidential Library and is subject to FOIA.

15. Included within the scope of the request are one or more records or portions of records that are not exempt under FOIA.

16. NARA has failed to issue a determination within the statutory deadline.

## COUNT II – NARA'S FOIA VIOLATION:
## FAILURE TO CONDUCT A REASONABLE SEARCH

17. The above paragraphs are incorporated herein.

18. The request seeks the disclosure of agency records and was properly made.

19. NARA, a federal agency, administers the Reagan Presidential Library and is subject to FOIA.

20. NARA has failed to conduct a reasonable search for records responsive to the request.

## COUNT III – NARA'S FOIA VIOLATION: FAILURE TO PRODUCE RECORDS

21. The above paragraphs are incorporated herein.

22. The request seeks the disclosure of agency records and was properly made.

23. NARA, a federal agency, administers the Reagan Presidential Library and is subject to FOIA.

24. Included within the scope of the request are one or more records or portions of records that are not exempt under FOIA.

25. NARA has failed to produce records responsive to the request.

**WHEREFORE**, CATO INSTITUTE asks the Court to:

  i. declare that NARA has violated FOIA;

  ii. order NARA to conduct a reasonable search for records;

  iii. order NARA to produce all non-exempt records responsive to the request or portions of records promptly;

  iv. enjoin NARA from withholding non-exempt public records under FOIA;

  v. award CATO INSTITUTE attorneys' fees and costs; and

  vi. award any other relief the Court considers appropriate.

Dated: June 17, 2022

RESPECTFULLY SUBMITTED,

/s/ *Matthew V. Topic*

Attorney for Plaintiff,
CATO INSTITUTE

Matthew Topic, D.C. Bar No. IL 0037
Josh Loevy, D.C. Bar No. IL0105
Merrick Wayne, D.C. Bar No. IL 0058
Shelley Geiszler D.C. Bar No. IL 0087
LOEVY & LOEVY

- 5 -

311 North Aberdeen, 3rd Floor
Chicago, IL 60607
312-243-5900
foia@loevy.com