Exhibit 1

April 22, 2020

VIA ELECTRONIC MAIL

FOIA Coordinator
Reagan Presidential Library
40 Presidential Drive
Simi Valley CA 93065

To the responsible FOIA Officer:

Pursuant to the federal Freedom of Information Act, 5 U.S.C. § 552, I request copies of the following records:

WHITE HOUSE STAFF AND OFFICE FILES

COUNSEL TO THE PRESIDENT, OFFICE OF

Culvahouse, Arthur B. Jr: Files

- OA 15383 FBI / Committee in Solidarity with People of El Salvador (CISPES)

Fielding, Fred: Files

   Box 39F USTR (United States Trade Representative)
   - FBI

   Box 43F
   - Correspondence with FBI

Waller, David B: Files

OA 12688 - Subject File: [March 1985, Tabs 20-31; Third Series Tabs 1-8]
- FBI Release of McCarthy Era Documents 03/1/1985

OA 12688 - Subject File: [November 1984; Tabs 1-15]
- FBI Investigation of Alleged Presidential Meeting with Messrs. Meese, Donovan, Hatch 11/01/1984

DEPUTY CHIEF OF STAFF, OFFICE OF
Hill, Kenneth J.: Files

Box 6
- FBI

NATIONAL SECRUITY COUNCIL STAFF AND OFFICE FILES
Degraffenreid, Kenneth E: Files
RAC Box 2
- Attorney General Guidelines for FBI 1978-1979
- Attorney General Guidelines for FBI 01/01/1981-06/30/1981
- Attorney General Guidelines for FBI 07/01/1981-12/31/1981

- Attorney General Guidelines for FBI 1982
- Attorney General Guidelines for FBI 01/01/1983-03/31/1983
- Attorney General Guidelines for FBI 04/01/1983-12/31/1983

RAC Box 13
Folder: Improving The Intel Process: Intelligence Legislation: Privacy Act: HR 3378 -DoJ/NSA Amend Omnibus Crime Control & Streets Act Of 1986 (2)
- ID: 175933, Letter dated 8/15/1986

RAC Box 27
- All withheld material on Soviet "Active Measures" and the [Nuclear] Freeze

LEGAL ADVISOR OFFICE, NSC: RECORDS, 1982-1988
SERIES I: SUBJECT FILE

RAC Box 1
- CISPES (Committee in Solidarity with the People of El Salvador)
- Congressional Oversight of Intelligence Act
- Congressional Requests for NSDDs (1)-(7)

RAC Box 2
- FBI Legal Authority to Investigate Overseas

RAC Box 5
- NSDD 159

WHITE HOUSE LEGAL TASK FORCE: Records, 1987-1988
Box 92874
- FBI Surveillance of Anti-Contra Organizations

GREGG, DONALD P.: FILES
Box 010R-Gregg
- Foreign Intelligence Surveillance Act of 1978 (1)(2)

McGRATH, C. DEAN: Files, 1986-1988
Counsel to the President, Office of

CFOA 1304
- FBI Investigation - Durwood Curlee

CFOA 1308
- President: Use of Force (Domestic)

MAJOR, DAVID G.: FILES
Box 003R-Major
- Surveillance

ROSTOW, NICHOLAS: FILES
Box 004R-Rostow
- FISA (Foreign Intelligence Surveillance Act) (1)(2)

RUSTHOVEN, PETER J.: FILES
Box 11412
- PJR/FISA (Foreign Intelligence Surveillance Act) Applications

In order to help to determine my status to assess fees, you should know that I am a Research Fellow and scholar at the Cato Institute, an IRS-recognized 501(c)(3) nonprofit educational and public interest organization. As I am employed by an educational or noncommercial scientific institution, this request is made for a scholarly or scientific purpose and not for a commercial use. **I request a waiver of all fees for this request**.

Disclosure of the requested information to me is in the public interest because it is likely to contribute significantly to public understanding of the operations or activities of the government and is not primarily in my commercial interest.

Whenever possible, please provide the requested information in electronic Portable Document Format (PDF).

If my request is denied in whole or part, I ask that you justify all deletions by reference to specific exemptions of the act. I will also expect you to release all segregable portions of otherwise exempt material. I, of course, reserve the right to appeal your decision to withhold any information or to deny a waiver of fees.

I would appreciate your communicating with me by email or telephone, rather than by mail. My email address is peddington@cato.org and my cell number is 571-215-3468.

I certify that my statements regarding the need for fee waivers are true and correct to the best of my knowledge and belief. Thank you for your assistance.

Sincerely,

Patrick G. Eddington
Research Fellow
Cato Institute
5106 Southampton Drive
Annandale, VA 22003
571-215-3468 (cell)
peddington@cato.org



# Ronald Reagan Library

*40 Presidential Drive*
*Simi Valley, CA  93065-0699*
*800-410-8354*
*www.reaganlibrary.gov*

April 27, 2020

In reply refer to:
Case # 2020-041

Patrick G. Eddington
peddington@cato.org

Dear Mr. Eddington:

This letter is in response to your Freedom of Information Act (FOIA) request dated 4/22/2020 for access to material pertaining to pertaining to selected folders on FBI. Your request was received by the Ronald Reagan Presidential Library on 4/22/2020.

FOIA requests for Ronald Reagan Presidential collections are processed and reviewed for access under provisions of the 1978 Presidential Records Act, as amended (PRA) (44 U.S.C. §§ 2201-2209), which incorporates the Freedom of Information Act (5 U.S.C. § 552) in substantial part.

We are still performing searches of our collection for Presidential records related to your request and will provide you with an update on the status of your request shortly.

If you have any questions, please call me at 1-800-410-8354 or email me at shelly.williams@nara.gov.  Your case file number is 2020-041.  Please have this number accessible for reference during any future contact concerning this request.

Sincerely,

*Shelly Williams*

SHELLY WILLIAMS
Archivist

*A Presidential Library Administered by the National Archives and Records Administration*

Exhibit 3



## Ronald Reagan Library

40 Presidential Drive
Simi Valley, CA  93065-0699
800-410-8354
www.reaganlibrary.gov

April 4, 2022

In reply refer to: Case # 2020-041non-classified portion of request
2020-049 classified portion of request

Patrick Eddington

EMAIL: peddington@cato.org

Dear Patrick Eddington

This letter is in response to your Freedom of Information Act (FOIA) request dated 4/22/2020 for access to Ronald Reagan Presidential records pertaining to folders from re selected folders.  Your request was received by the Ronald Reagan Library on 4/21/20.  FOIA requests for Reagan Presidential Records are processed and reviewed under provision of the 1978 Presidential Records Act, as amended, (PRA) (44 U.S.C. §§ 2201-2209), which incorporates the Freedom of Information Act (5 U.S.C. § 552) in substantial part.

We have performed a search of our collection for Presidential records related to your request and have identified potentially responsive records that must processed in order to respond to your request.  Please keep in mind that these totals are an estimate and that all material processed may not be applicable to your specific topic.

The staff of the Ronald Reagan Presidential Library is currently processing and reviewing FOIA requests that precede your request.  To treat everyone equitably, we have placed your request F2020-041in our non-classified queue and F20-049 in our classified queue by the date it was received in our office.

FOIA requests are processed and reviewed for access under provisions of the PRA and FOIA and are subject to the provisions of NARA regulations at 36 C.F.R. § 1270.46, which require that we notify the representatives of the former President and the incumbent President prior to the release of any Presidential records.  Also, it should be noted that documents processed in response to your request may be closed in whole or part in compliance with applicable FOIA exemptions.

When processing is complete and the notification period has passed, we will inform you of the availability of the requested records.  At that point you may request copies of these records at a reproduction fee of 80 cents per page, of you can choose to view these documents in the research room of the Reagan Library where a self-service copier is available for the of 25 cents per page.

If you have any questions regarding your FOIA request, please call me at 1-800-410-8354 or email me at shelly.williams@nara.gov.  Your case file number F20-041 and F20-049.  Please have these numbers accessible for reference during any future contact concerning this request.

Sincerely,

*Shelly Williams*

SHELLY WILLIAMS
Archivist/FOIA Coordinator

*CAUTION: External Email*

Patrick I do not have a completion dat we have just returned to the office and catching up on about 2 years with of work. I can tell you that the non-classified FOIA will be processed before the classified since we process it on site but our classified collections will be returning to DC for processing all FOIA and MDR requests. This should happen some time this year but again things are on catch up mode.each folder you requested is about 50 pages. You can drop me an email anytime to check on the progress of your requests. Sincerely,

Shelly Williams
Reagan Library
Archivist/FOIA Coordinator
phone: 805-577-4012
email: shelly.williams@nara.gov


On Mon, Apr 4, 2022 at 10:51 AM Patrick Eddington <PEddington@cato.org> wrote:

> close
>
> Shelly,
>
> Thanks for the update. Can you provide 1) an estimated page count and 2) an estimated completion date for my request?
>
> With thanks,
>
> Pat
>
> Patrick G. Eddington
> Senior Fellow
> Cato Institute
> 5106 Southampton Drive
> Annandale, VA 22003
> peddington@cato.org
> 571-215-3468 (cell)
> https://www.cato.org/people/patrick-g-eddington
>
> From: Shelly Williams <shelly.williams@nara.gov>
> Date: April 4, 2022 at 1:45:42 PM
> To: peddington@cato.org <peddington@cato.org>
> Subject:

*CAUTION: External Email*

Patrick please find attached your initial response letter. It was necessary your request into a non-classified and a classified request. This letter covers both.
Sincerely,

Shelly Williams
Reagan Library
Archivist/FOIA Coordinator
phone: 805-577-4012
email: shelly.williams@nara.gov